UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) INDICTMENT NO. CR 420 123 |
| | ) |
| v. | ) 18 U.S.C. § 2261A(2) |
| | ) Cyberstalking |
| BRANNON JEFFRIES | ) |
| | ) |

THE GRAND JURY CHARGES THAT:

## COUNT ONE
*Cyberstalking*
18 U.S.C. § 2261A(2)

Beginning at least on or about August 2020 and continuing through the return date of this indictment, the exact date being unknown, the defendant,

**BRANNON JEFFRIES**

with the intent to harass and intimidate Victim 1, a person in Chatham County, within the Southern District of Georgia, used the mail, interactive computer services and electronic communication systems of interstate commerce, and other facilities of interstate or foreign commerce, including the United States Postal Service, electronic mail, on-line chat and instant messenger applications, social media accounts, and internet websites, to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to Victim 1.

All in violation of Title 18, United States Code, Section 2261A(2).

*Signatures on the following page*

A True Bill.

_____
Karl Knoche
Assistant United States Attorney
Chief, Criminal Division

_____
Frank M. Pennington, II
Assistant United States Attorney
*Lead Counsel

_____
Marcela Mateo
Assistant United States Attorney
*Co-lead Counsel