UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | INDICTMENT NO. CR420 123 |
| ) | |
| v. ) | 18 U.S.C. § 2261A(2) |
| ) | Cyberstalking |
| BRANNON JEFFRIES ) | |

### PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offenses charged in the Indictment are as follows:

**Count 1:** Cyberstalking
18 U.S.C. § 2261A(2)
- Not more than five (5) years of imprisonment
- Not more than a $250,000 fine
- Not more than 3 years of supervised release
- $100 special assessment

Respectfully submitted,

BOBBY L. CHRISTINE
UNITED STATES ATTORNEY

/S/Frank M. Pennington, II
Frank M. Pennington, II
Assistant United States Attorney
GA Bar Number 141419

