# 4:20cr123 USA v. Brannon Jeffries

## NOTICE TO COUNSEL

**This form should be completed and FILED no later than 15 days after government response.**

Before proceeding with the scheduled motions hearing in this case, **the *Court directs* counsel for the parties to answer the following inquires.**

1. Have all of your pretrial motions been satisfied or otherwise resolved?  **No**

2. Please list any unresolved motions which require a ruling by the Court and indicate whether argument is requested and/or whether an evidentiary hearing is required.

3. *The Court will schedule a hearing on any unresolved motion(s).*

4. *Motions not listed will be deemed resolved or waived.*

| Nature of Motion | Doc # | Argument Requested | Evidentiary Hearing Required |
|---|---|---|---|
| (1) Motion to Supress Evidence and for Franks Hearing | 36 | Yes | Yes |
| (2) Motion for Discovery | 19 | Yes | No |
| (3) | | | |
| (4) | | | |
| (5) | | | |
| (6) | | | |
| (7) | | | |
| (8) | | | |
| (9) | | | |
| (10) | | | |

Steven J. Woodward
Print Attorney's Name

Brannon Jeffries
Print Defendant's Name

**NOTE:** Use the "Notice to Counsel Response" event when e-filing this form.